UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20276-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURICE RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 25] of the Honorable Barry L. Garber recommending that the Defendant Maurice Rodriguez's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Maurice Rodriguez's plea of guilty is accepted, and Defendant Rodriguez is adjudicated guilty as to Counts 1, 2, 3, 10, 15, 19, 23 and 39 of the Indictment.

DONE AND ORDERED in Miami, Florida this 5th day of April, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Barry L. Garber